NUMBER 13-07-582-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


SUSAN MICHELLE HANSON AND

RANDY LEE HANSON, APPELLANTS,


v.



COLUMBIA VALLEY HEALTHCARE

SYSTEM, L.P. D/B/A VALLEY REGIONAL

MEDICAL CENTER, APPELLEE.

 

________________________________________________________


On appeal from 357th District Court 


of Cameron County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellants, Susan Michelle Hanson and Randy Lee Hanson, perfected an appeal
from a judgment entered by the 357th District Court of Cameron County, Texas, in cause
number 2005-01-354-E. Appellants have now filed a motion to dismiss their appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants' motion
to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 8th day of November, 2007.